UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 19-4175-DMG (MRWx)** | Date | March 4, 2020 |
| Title | ***Bronson Holding Company, LLC v. Geraldine Moyer, et al.*** | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE RE PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S LOCAL RULES AND CASE MANAGEMENT ORDER**

The Court's Scheduling and Case Management Order ("CMO") set the Final Pretrial Conference in this matter for March 10, 2020. [Doc. ## 27, 27-1.] The Schedule of Pretrial and Trial Dates also sets out that the parties were to file certain pretrial documents, including a proposed Final Pretrial Conference Order, by February 28, 2020. [Doc. # 27-1.] Despite that Order, the parties have filed none of the required documents.

The Court's Local Rules provide that the proposed Final Pretrial Conference Order "shall be prepared by plaintiff's counsel and signed by all counsel." C.D. Cal. L.R. 16-7. The Court's CMO also mandates compliance with the Local Rules when submitting a proposed Final Pretrial Conference Order. *See* CMO at 5-6. Given that this action includes claims and counterclaims, Plaintiff Bronson Holding Company, LLC and Counterclaimants Geraldine Moyer, Tena Moyer, and Russell Reiff are **ordered to show cause** why the Court should not impose monetary sanctions on them and/or their counsel or dismiss this action for lack of prosecution for failure to comply with the Court's instructions and Local Rules regarding pretrial procedure. **Plaintiff and Counterclaimants shall submit written responses by March 6, 2020.**

**IT IS SO ORDERED.**