1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| Bronson Holding Company, LLC, | Case No.: CV 19-4175-DMG (MRWx) |
| Plaintiff, | **ORDER RE DISMISSAL OF ACTION [53]** |
| vs. | |
| Geraldine Moyer, as Trustee of the Geraldine Moyer Trust, et al., | |
| Defendants. | |
| Geraldine Moyer, as Trustee of the Geraldine Moyer Trust, et al., | |
| Cross-Complainants, | |
| vs. | |
| Bronson Holding Company, LLC; et al., | |
| Cross-Defendants. | |

1.      The above-captioned action is dismissed in its entirety.

2.      The Parties shall bear their own fees and costs.

IT IS SO ORDERED.

DATED:  September 16, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE